No. 11–5351. MARTINEZ-REYES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5352. JOHNSON *v.* KANSAS PAROLE BOARD. C. A. 10th Cir. Certiorari denied.

No. 11–5353. LUNA-GINOVEVA *v.* HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 11–5355. RICHARDSON *v.* SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 11–5356. ADKINS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 11–5358. AMAVIZCA *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 11–5359. ANDREWS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–5360. ASH *v.* PHILADELPHIA PRISON SYSTEM ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–5362. SHELTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–5363. WINES *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 11–5364. WINFIELD *v.* KILPATRICK ET AL. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 11–5365. OMMUNDSON *v.* MAHONEY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–5366. GUNN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–5367. GRINDLING *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–5370. LANDOR *v.* LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.